



WITNESS/ TORRES, Richard JR., 7-5-71 (BRUISE CHEEK)
090341019-02  2-1-04
1511 0938H/M

M 268