

Case 1:10-cv-00179-WCG   Filed 12/13/19   Page 1 of 1   Document 69-29