

Case 1:10-cv-00179-WCG    Filed 12/13/19    Page 1 of 1    Document 69-31